**APPLICANT STACY L. CONNER**                    **APPLICATION NO. WR-25,823-02**

## APPLICATION FOR ORIGINAL WRIT OF MANDAMUS

### ACTION TAKEN

**MOTION FOR LEAVE TO FILE DENIED WITHOUT WRITTEN ORDER.**

*Elsa Alcala*                                    *October 14, 2015*

**JUDGE**                                        **DATE**